[Civ. No. 1565.   First Appellate District.—September 2, 1915.]

## HENRY LUND et al., Respondents, v. ATCHISON, TOPEKA AND SANTA FE RAILWAY COMPANY, Appellant.

APPEAL—FINDINGS—CONFLICTING EVIDENCE.—The findings of the trial court will not be disturbed on appeal where the evidence upon which they are based is conflicting.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco and from an order denying a new trial.   Franklin A. Griffin, Judge.

The facts are stated in the opinion of the court.

E. W. Camp, E. S. Pillsbury, H. D. Pillsbury, and Platt Kent, for Appellant.

H. W. Glensor, for Respondents.

THE COURT.—The only point presented upon this appeal is as to the sufficiency of the evidence to sustain the findings and judgment of the court.   Upon a careful examination of the record we find that there is a substantial conflict in the evidence in respect to those findings of which the appellant complains; and this being so, the findings of the trial court, and the judgment founded thereon, will not be disturbed upon appeal.

The judgment and order denying defendant's motion for a new trial are affirmed.